STATE v. EASTER

No. 138 PC.

Case below: 51 N.C. App. 190.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1981.

STATE v. JOHNSON

No. 178 PC.

Case below: 51 N.C. App. 248.

Application by defendant for further review denied 2 June 1981.

STATE v. REAMS

No. 143 PC.

Case below: 51 N.C. App. 249.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1981.

STATE v. SOUTHERN

No. 181 PC.

Case below: 51 N.C. App. 711.

Petition by defendant, Joe Sumpter, Jr., for discretionary review under G.S. 7A-31 denied 2 June 1981.

TRUST CO. v. RUBISH

No. 141 PC.

No. 54 (Fall Term).

Case below: 50 N.C. App. 662.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 2 June 1981.